**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
Alexander M. Smith (Cal. Bar No. 295187)
asmith@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Phone:        (213) 239-5100
Facsimile:    (213) 239-5199

**JENNER & BLOCK LLP**
Dean N. Panos (to apply *pro hac vice*)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654-3456
Phone:        (312) 222-9350
Facsimile:    (312) 527-0484


Attorneys for Defendants
The Hain Celestial Group, Inc. and
JĀSÖN Natural Products, Inc.


(additional signatures on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| MAKINDE PECANHA and SHAUN RAY BELL, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>THE HAIN CELESTIAL GROUP, INC., and JĀSÖN NATURAL PRODUCTS, INC.,<br><br>                    Defendant. | Case No. 3:17-cv-04517 EMC<br><br>The Honorable Edward M. Chen<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS OR STAY FIRST AMENDED COMPLAINT** |

# JOINT STIPULATION

WHEREAS:

(1) Plaintiffs Shaun Ray Bell and Makinde Pecanha filed their initial Complaint against Defendant The Hain Celestial Group, Inc. on August 8, 2017;

(2) Following the filing of Plaintiffs' initial Complaint, the Court issued an Order on August 11, 2017 in which it scheduled the initial Case Management Conference for November 9, 2017;

(3) On October 6, 2017, Hain Celestial moved to dismiss Plaintiffs' Complaint;

(4) On October 20, 2017, Plaintiffs filed their First Amended Complaint against Hain Celestial and Hain Celestial's subsidiary JĀSÖN Natural Products, Inc.

(5) Defendants intend to file a motion to dismiss Plaintiffs' First Amended Complaint. If Defendants filed that motion on November 3, 2017, the first available hearing date would be December 14, 2017, over a month after the initial Case Management Conference.

(6) The parties agree that the Case Management Conference should be postponed until at least the hearing on Defendants' motion to dismiss, as the Court's ruling on that motion could have a significant effect on the scope of discovery with respect to the claims and products at issue;

NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:

(1) The parties agree to the following briefing schedule:

  a. Defendants' motion to dismiss shall be filed by November 3, 2017;

  b. Plaintiffs' opposition shall be filed by December 1, 2017;

  c. Defendants' reply shall be filed by December 15, 2017;

  d. Defendants' motion shall be noticed for hearing on January 18, 2018, at 1:30 p.m.

(2) The parties agree that the initial Case Management Conference shall be continued until January 18, 2018, or the first date thereafter that is convenient for the Court.

///

///

///

1  IT IS SO AGREED AND STIPULATED:

2

3   Dated:  November 1, 2017                          JENNER & BLOCK LLP

4                                                     By: /s/  Kenneth K. Lee
                                                          Kenneth K. Lee
5
                                                      Attorneys for Defendants
6                                                     The Hain Celestial Group, Inc., et al.

7

8   Dated:  November 1, 2017                          BURSOR & FISHER, P.A.

9                                                     By: /s/  L. Timothy Fisher
                                                          L. Timothy Fisher
10
                                                      Attorneys for Plaintiffs
11                                                    Makinde Pecanha and Shaun Ray Bell

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED:        as modified on p. 1.

14

15  DATED:  ____11/1_____, 2017        BY:  _____

16                                             The Honorable Edward M. Chen
                                               United State
17                                                          IT IS SO ORDERED

18                                      ATTESTATION      Judge Edward M. Chen

19       I, Kenneth K. Lee, am the ECF user whose ID and password are being used to file this Joint

20  Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this

21  document has been obtained from signatory L. Timothy Fisher.

22

23   Dated:  November 1, 2017                          JENNER & BLOCK LLP

24                                                     By: /s/  Kenneth K. Lee
                                                          Kenneth K. Lee
25
                                                      Attorneys for Defendants
26                                                    The Hain Celestial Group, Inc., et al

27

28

2

JOINT STIPULATION