1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Joel D. Smith (State Bar No. 244902)
   Yeremey O. Krivoshey (State Bar No. 295032)
3  1990 North California Blvd., Suite 940
4  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
5  Facsimile:  (925) 407-2700
   E-Mail:  ltfisher@bursor.com
6           jsmith@bursor.com
7           ykrivoshey@bursor.com

8  **NATHAN & ASSOCIATES, APC**
   Reuben D. Nathan (State Bar No. 208436)
9  2901 W. Pacific Coast Highway, Suite 200
   Newport Beach, California 92663
10 Telephone: (949) 270-2798
11 E-Mail: rnathan@nathanlawpractice.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAKINDE PECANHA and SHAUN RAY BELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC. and JĀSÖN NATURAL PRODUCTS, INC.,<br><br>Defendants. | Case No. 3:17-cv-04517-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 3:17-CV-04517-EMC

1  Plaintiffs Makinde Pecanha and Shaun Ray Bell and Defendants The Hain Celestial Group,
2  Inc. and JĀSÖN Natural Products, Inc., by and through their respective undersigned attorneys,
3  HEREBY STIPULATE AND AGREE that, pursuant to Federal Rule of Civil Procedure
4  41(a)(1)(A)(ii), Plaintiffs hereby dismiss all claims in this action against Defendants with
5  prejudice. Each party agrees to bear its own attorneys' fees and costs.

Dated: January 11, 2019	**BURSOR & FISHER, P.A.**

By:  */s/ Joel D. Smith*
           Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ltfisher@bursor.com
           jsmith@bursor.com
           ykrivoshey@bursor.com

Dated: January 11, 2019	**NATHAN & ASSOCIATES, APC**

By:  */s/ Reuben D. Nathan*
           Reuben D. Nathan

Reuben D. Nathan (State Bar No. 208436)
2901 W. Pacific Coast Highway, Suite 200
Newport Beach, California 92663
Telephone: (949) 270-2798
rnathan@nathanlawpractice.com

Attorneys for Plaintiffs

Dated: January 11, 2019	**JENNER & BLOCK LLP**

By:  */s/ Kenneth K. Lee*
           Kenneth K. Lee

Kenneth K. Lee (State Bar No. 264296)
Alexander M. Smith
633 West 5th Street, Suite 3600
Los Angeles, California 90071-2054

Telephone: (213)222-9350
Facsimile: (213)239-5199
E-Mail: klee@jenner.com

Attorneys for Defendants

**ECF Signature Certification**

Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the concurrence in the filing of this document has been obtained from each of the other signatories.

_____
/s/ Joel D. Smith
Joel D. Smith

DATED: 1/18/2019



GRANTED
Judge Edward M. Chen